UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EZEKIEL D. LEE,<br><br>  Plaintiff,<br><br>  v.<br><br>DOUG WADDINGTON, *et al*,<br><br>  Defendants. | Case No.  C07-5714BHS-KLS<br><br>ORDER DISMISSING FRIVOLOUS COMPLAINT PURSUANT TO 28 U.S.C. § 1915 |

The Court having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 7) and the remaining record and Plaintiff having failed to file objections to the Report and Recommendation, it is hereby **ORDERED**:

(1) The Court adopts the Report and Recommendation (Dkt. 7);

(2) Plaintiff's complaint is **DISMISSED**;

(3) The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

(4) The Clerk is directed to send copies of this order to Plaintiff and to the Hon. Karen L. Strombom.

DATED this 12th day of May, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER