# United States District Court

WESTERN DISTRICT OF WASHINGTON

EZEKIEL D. LEE

JUDGMENT IN A CIVIL CASE

v.

DOUG WADDINGTON, *et al.,*

CASE NUMBER: C07-5714BHS/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation (Dkt. 7);

Plaintiff's complaint is **DISMISSED**; and

The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this dismissal under **28 U.S.C. § 1915(g)**.

| | |
|---|---|
| May 14, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |